967 F. Supp. 1310

SNR ROULEMENTS, PLAINTIFF *v.* UNITED STATES OF AMERICA, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Court No. 97–02–00304

(Dated May 27, 1997)

## ORDER

TSOUCALAS, *Senior Judge:* Upon consideration of the Partial Consent Motion of Plaintiff SNR Roulements ("SNR") for expedited remand to correct clerical errors and the entire record herein, it is hereby

ORDERED that the plaintiff's motion is granted; and it is further

ORDERED that the Department of Commerce, International Trade Administration ("ITA"), is directed to correct the following clerical errors contained in *Antifriction Bearings (Other than Tapered Roller Bearings) and Parts Thereof from France, et al.; Amended Final Results of Antidumping Duty Administrative Reviews,* 62 FR 14391 (March 26, 1997);

(1) Deletion of (OBS=50) instruction at Line 1054 of SAS program,

(2) Deletion of dindirsu and dinvcaru from array instruction at Line 809 of SAS program, and

(3) Substitution of HMTOTCOP for TOTVAL as the denominator in the calculation of CREDRAT; and it is further

ORDERED that ITA shall publish Amended Final Results incorporating these corrections in the *Federal Register* within thirty (30) days of the entry of this order.

UNITED STATES, PLAINTIFF *v.* ONE PLUS ONE KID'S WEARS, KENNY TAN, YVONNE CHAN, AND AMERICAN BONDING CO., DEFENDANTS

Court No. 95–06–00800

(Dated May 27, 1997)

## ORDER

DICARLO, *Senior Judge:* Upon consideration of Plaintiff's motion for default judgment, it is hereby

ORDERED that Plaintiff's motion is hereby granted; and it is further

ORDERED that judgment is entered in favor of the United States against the defendants One Plus One Kid's Wears and Kenny Tan in the sum of $101,770.50 in civil penalties and $16,445.84 in lost duties with interest at the rate established pursuant to 28 U.S.C. § 1961 (a) and (b) from the 27th day of May, 1997.